■ U.S. Bank National Association, Appellant, v Ezekiel Akande et al., Respondents, et al., Defendants. [24 NYS3d 914]—In an action to foreclose a mortgage, the plaintiff appeals from an order of the Supreme Court, Kings County (Partnow, J.), dated October 13, 2013, which denied its motion for summary judgment on the complaint.

Ordered that the appeal is dismissed as academic, with costs, in light of our determination on the related appeal from an order of the Supreme Court, Kings County, dated July 21, 2014 (*see U.S. Bank N.A. v Akande*, 136 AD3d 887 [2016] [decided herewith]). Eng, P.J., Mastro, Cohen and Miller, JJ., concur.